# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 28, 2009

139019

RONALD SEATON,
           Plaintiff-Appellant,

v

DEPARTMENT OF CORRECTIONS,
           Defendant-Appellee.

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

SC: 139019
COA: 289166
Ingham CC: 07-001788-AA

_____/

      On order of the Court, the application for leave to appeal the March 26, 2009 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 28, 2009
                                  _____
                                          Clerk

l0921